294-08/MEU/PLS
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiffs
CAPE PARRY SHIPPING LTD. and
CAPE BRUNY TANKSCHIFFAHRTS GMBH & Co KG
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Michael E. Unger (MU 0045)



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
CAPE PARRY SHIPPING LTD. and
CAPE BRUNY TANKSCHIFFAHRTS GMBH & Co KG,    08 CV   (   )

                         Plaintiffs,    RULE 7.1 STATEMENT

    -against-

PROJECTOR SA,

                         Defendant.
------------------------------------------------------------------x

       The Plaintiffs, CAPE PARRY SHIPPING LTD. and CAPE BRUNY TANKSCHIFFAHRTS GMBH & Co KG, by and through their undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure (formerly Local General 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, undersigned counsel certifies that the Plaintiffs are not publicly traded entities and no publicly held company owns 10% or more of their stock.

Dated: New York, New York
       May 30, 2008

                                      FREEHILL HOGAN & MAHAR, LLP
                                      Attorneys for Plaintiffs
                                      CAPE PARRY SHIPPING LTD. and
                                      CAPE BRUNY TANKSCHIFFAHRTS GMBH & Co KG

                           By:  _____
                                Michael E. Unger (MU 0045)
                                80 Pine Street
                                New York, NY 10005
                                Telephone: (212) 425-1900
                                Fax: (212) 425-1901

NYDOCS1/305640.1