*McMahon J,*

294-08/MEU/PLS
FREEHILL HOGAN & MAHAR LLP
Attorneys for Plaintiffs
CAPE PARRY SHIPPING LTD. and
CAPE BRUNY TANKSCHIFFAHRTS GMBH & Co KG
80 Pine Street
New York, NY 10005
(212) 425-1900/(212) 425-1901 fax
Michael E. Unger (MU 0045)

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x  08 cv 5033 (CM)
CAPE PARRY SHIPPING LTD. and CAPE
BRUNY TANKSCHIFFAHRTS GMBH & Co KG,

**NOTICE OF VOLUNTARY
DISMISSAL**

Plaintiff,

- against -

PROJECTOR SA,

Defendant.
------------------------------------------------------------x

Defendant PROJECTOR SA not having entered an appearance, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs CAPE PARRY SHIPPING LTD. and CAPE BRUNY TANKSCHIFFAHRTS GMBH & Co KG provide their notice of voluntary discontinuance without prejudice of this action.

Dated: New York, New York
June 5, 2008.

FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
BREEZE A MARINE LTD.

By: _____
Michael E. Unger (MU 0045)
80 Pine Street
New York, NY 10005
(212) 425-1900

"SO ORDERED"

_____
Hon. _____, U.S.D.J.

6-9-08

NYDOCS1/305963.1