294-08/MEU/PLS
FREEHILL HOGAN & MAHAR LLP
Attorneys for Plaintiffs
CAPE PARRY SHIPPING LTD. and
CAPE BRUNY TANKSCHIFFAHRTS GMBH & Co KG
80 Pine Street
New York, NY 10005
(212) 425-1900/(212) 425-1901 fax
Michael E. Unger (MU 0045)

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/18/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CAPE PARRY SHIPPING LTD. and CAPE
BRUNY TANKSCHIFFAHRTS GMBH & Co KG,

                         Plaintiff,

  - against -

PROJECTOR SA,

                         Defendant.
------------------------------------------------------------x

08 cv 5033 (CM)

**NOTICE OF VOLUNTARY DISMISSAL**

    Defendant PROJECTOR SA not having entered an appearance, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs CAPE PARRY SHIPPING LTD. and CAPE BRUNY TANKSCHIFFAHRTS GMBH & Co KG provide their notice of voluntary discontinuance without prejudice of this action.

Dated: New York, New York
       June 5, 2008

FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
BREEZE A MARINE LTD.

By: _____
Michael E. Unger (MU 0045)
80 Pine Street
New York, NY 10005
(212) 425-1900

"SO ORDERED"
_____
Hon. Richard K. Holwell, U.S.D.J.

NYDOCS1/305963.1